UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL , <br><br> Plaintiff, <br><br> v. <br><br> TERESA LUA, <br><br> Defendant. | Case No.  2:21-cv-01452-TLN-JDP (PC) <br><br> ORDER VACATING THE APRIL 13, 2022 FINDINGS AND RECOMMENDATIONS <br><br> ECF No. 7 <br><br> SCREENING ORDER THAT PLAINTIFF: <br><br> (1) STAND BY HIS COMPLAINT SUBJECT TO DISMISSAL, OR <br><br> (2) FILE AN AMENDED COMPLAINT <br><br> ECF No. 4 |

Plaintiff Jean Marc Van den Heuvel brings this action against Dr. Carl Hillendhal and Teresa Lua for the killing of his service dog, Toby.  On April 13, 2022, I screened plaintiff's complaint, found that it failed to state a claim, and recommended that it be dismissed without leave to amend.  Plaintiff subsequently filed objections to the findings and recommendations. ECF No. 8.  Having considered those objections, I find that that plaintiff should be afforded an opportunity to amend his complaint before this action is dismissed.  Accordingly, I will vacate the April 13, 2022 findings and recommendations and grant plaintiff an opportunity to file an amended complaint that cures the deficiencies addressed in the court's April 13, 2022 order.

If plaintiff decides to file an amended complaint, the amended complaint will supersede the current complaint. *See Lacey v. Maricopa Cnty.*, 693 F. 3d 896, 907 n.1 (9th Cir. 2012) (en banc). This means that the amended complaint will need to be complete on its face without reference to the prior pleading. *See* E.D. Cal. Local Rule 220. Once an amended complaint is filed, the current complaint no longer serves any function. Therefore, in an amended complaint, as in an original complaint, plaintiff will need to assert each claim and allege each defendant's involvement in sufficient detail. The amended complaint should be titled "Second Amended Complaint" and refer to the appropriate case number. If plaintiff does not file an amended complaint, I will recommend that this action be dismissed.

Accordingly, it is hereby ORDERED that:

1. The April 13, 2022 findings and recommendations, ECF No. 7, are vacated.

2. Within thirty days from the service of this order, plaintiff must either file an amended complaint or advise the court he wishes to stand by his current complaint. If he selects the latter option, I will recommend that this action be dismissed.

3. Failure to comply with this order will result in the dismissal of this action.

4. The Clerk of Court is directed to send plaintiff a new form complaint.

IT IS SO ORDERED.

Dated:     December 23, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE