UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL, | Case No.  2:21-cv-01452-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| TERESA LUA, | |
| Defendant. | |

The court previously screened plaintiff's first amended complaint, notified him that it failed to state a claim, and granted him thirty days to file an amended complaint.  ECF No. 10. Plaintiff has now filed a motion that appears to ask for additional time to file an amended complaint.  Good cause appearing, it is hereby ORDERED that:

    1.  Plaintiff's motion for an extension of time, ECF No. 11, is granted.

    2.  Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

IT IS SO ORDERED.


Dated:    April 25, 2023                               _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2