1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEAN MARC VAN DEN HEUVEL,                    Case No. 2:21-cv-01452-TLN-JDP (PS)

12               Plaintiff,

13          v.                                      ORDER TO SHOW CAUSE

14    TERESA LUA,

15               Defendant.

16

17          I previously screened plaintiff's first amended complaint, notified him that it did not state

18    a claim, and recommended that the amended complaint be dismissed without leave to amend.

19    ECF No. 7.  After considering plaintiff's objections to that recommendation, I vacated the

20    findings and recommendations and gave him thirty days to file an amended complaint.  ECF No.

21    20.  I subsequently granted plaintiff's motion for an extension of time and gave him until May 26,

22    2023, to file an amended complaint.  ECF No. 15.  Despite that extension, he has not done so.

23          To manage its docket effectively, the court imposes deadlines on litigants and requires

24    litigants to meet those deadlines.  The court may impose sanctions, which may include dismissing

25    a case, for failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal.

26    L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005);

27    *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty,

28    but a district court has a duty to administer justice expeditiously and to avoid needless burden for

                                                   1

the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give plaintiff an opportunity to explain why this case should not be dismissed for failure to file an amended complaint. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute and failure to state a claim. Should plaintiff wish to continue with this lawsuit, he shall file, within fourteen days, an amended complaint.

IT IS SO ORDERED.

Dated:     June 10, 2023                    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE

2